UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE COLLIER,

       Plaintiff,

Case No. 10-cv-13607

vs.

Honorable Denise Page Hood

BANK OF AMERICA CORPORATION,

       Defendant.

---

**STIPULATED ORDER OF DISMISSAL**

The parties to this action having stipulated to said relief, as indicated by the signatures of counsel below, IT IS HEREBY ORDERED THAT this matter is DISMISSED WITH PREJUDICE and without any award of costs or attorneys' fees to either side.

**IT IS SO ORDERED.**

                                            s/Denise Page Hood
                                            Denise Page Hood
                                            UNITED STATES DISTRICT JUDGE

Dated: March 21, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 21, 2011, by electronic and/or ordinary mail.

                                            s/Felicia Moses for LaShawn R. Saulsberry
                                            Case Manager, (313) 234-5165

Approved as to form and substance:

**DRIGGERS, SCHULTZ & HERBST, P.C.**    **DYKEMA GOSSETT PLLC**

By s/ *Richard B. Tomlinson*                By s/ *James F. Hermon*
    Richard B. Tomlinson (P27604)           James F. Hermon (P53765)
    Attorney for Plaintiff                        Attorney for Defendants

Date: March 21, 2011